# EXHIBIT 1

# Charles Cain

General Counsel to Pharmaceutical and Life Sciences Companies

## Summary

Experienced General Counsel, Chief Compliance Officer and HR leader. Currently General Counsel and Chief Administrative Officer of PL Developments.  Served as General Counsel and Chief Compliance Officer of Banner Pharmacaps.  Excellent persuasive, communications and client management skills.  Trusted adviser to CEO and senior management team which devised successful specialty pharmaceutical drug delivery strategy focused on generic ANDA challenges.  History of successfully negotiating complex commercial agreements and solving difficult legal and compliance issues.   Working knowledge of FDA regulations governing drug approval, marketing and sales.  Formerly with Cain Hahn Associates, LLP advising growing specialty pharma and life science companies in structuring and negotiating commercial relationships, compliance and general legal matters.  Experienced in HR strategy and management.

## Experience

**General Counsel and Chief Administrative Officer at PL Developments**
September 2016  -  Present

**Partner**
November 2013  -  Present

   Legal and Compliance Counsel to the Life Sciences Industry.  Advising growing specialty pharma and life science companies on legal and regulatory compliance, structuring of commercial relationships and joint ventures, financing transactions, organizational structure, corporate governance and general legal matters.

**Adviser to Life Science Companies**
July 2013  -  November 2013 (5 months)

**General Counsel (Global VP - Legal and HR) at Banner Pharmacaps**
August 2000  -  March 2013 (12 years 8 months)

   Responsible for overall legal affairs of the Company.  Strategic negotiations, joint venture structuring, compliance, commercial contracts, intellectual property value maximization and protection, complex dispute resolution, Human Resource oversight, talent development and management, rewards and recognition strategy and programs.

**Partner**
July 1991  -  August 2000 (9 years 2 months)

   Representation of privately-held businesses, mergers and acquisitions, corporate financings, private placements of securities, commercial contracts and negotiations.

## Education

**University of North Carolina at Chapel Hill**
JD-MBA, 1977 - 1981

**Wake Forest University**
BA, Economics, 1973 - 1977

# Charles Cain

General Counsel to Pharmaceutical and Life Sciences Companies



Contact Charles on LinkedIn