# EXHIBIT 2

## SALAMON, GRUBER, NEWMAN & BLAYMORE, P.C.

MICHAEL D. BLAYMORE
CRAIG M. GRUBER
DAVID GRUBER
THOMAS M. KELTY, JR.
FREDERICK NEWMAN
ALAN R. SALAMON
SANFORD STRENGER
LOUIS W. ZAPATA

SUITE 102
97 POWERHOUSE ROAD
ROSLYN HEIGHTS, N.Y. 11577-2016

(516) 625-1700

TELECOPIER NO. (516) 625-1795
WWW.SGNBLAW.COM

Writer's Direct E-Mail:
dgruber@sgnblaw.com

May 12, 2003

Mr. Charles L. Cain
Banner Pharmacaps, Inc.
4100 Mendenhall Oaks Parkway, Suite 301
High Point, North Carolina 27265

Re: **P&L Development/Banner Pharmacaps**

Dear Charles:

Enclosed is fully executed and initialed counterpart of Supply Agreement. Thank you for all of your help in finalizing this matter.

Very truly yours,

David Gruber

DG:dyg
Enclosure