# EXHIBIT 4

# Purchase Agreement
# (Filed Under Seal)