# EXHIBIT 5

# Redacted Schedules to Purchase Agreement (Filed Under Seal)