# EXHIBIT 6

# Transition Services Agreement (Filed Under Seal)