# EXHIBIT 7

# Letter to P&L
# (Filed Under Seal)