# EXHIBIT 9

---------- Forwarded message ----------
From: "Taylor, Dan" <dantaylor@kilpatricktownsend.com<mailto:dantaylor@kilpatricktownsend.com>>
Date: Wed, Jan 3, 2018 at 5:49 PM -0500
Subject: PLD v. Bion --- Your 4:40 p.m. December 31, 2017 email.
To: "Jon Berkelhammer" <Jon.Berkelhammer@elliswinters.com<mailto:Jon.Berkelhammer@elliswinters.com>>
Cc: "Boyles, Susan" <SBOYLES@kilpatricktownsend.com<mailto:SBOYLES@kilpatricktownsend.com>>


Jon,

When I saw your email and attachment on New Year's Eve, I was hopeful that you had followed my suggestion, had prevailed upon your client to comply with its contractual obligations, and were advising as to the particulars of immediate shipments PLD could expect. Obviously, I was disappointed.

I do take some issue with your recollection of our call. The only things I recall "stressing" are (1) that I looked forward to working with you, (2) that our clients would be well-served if your client would cause all product orders to be immediately filled and shipped and (3) that following confirmation of shipments, we could try to resolve any other issues between the parties expeditiously. The latter point is why I quickly provided you with the names of Alan Duncan, Jim Williams, Bill Davis and Jon Harkavy for an expedited mediation.

With regard to the obvious intent of your letter, I have reviewed the Dynamic 3D decision quite carefully, and I don't believe it has any relevance to any aspect of our clients' dispute. I was fascinated with your suggestion that somehow an attorney-client privilege traveled with an assigned contract. If you have any authority for that rather unique concept, I would welcome the opportunity to review it. It certainly is not part of the Dynamic 3D decision. Moreover, I don't think Rule 1.9 has any implication to our situation for other reasons as well. To the extent that you desire to explore the Rule 1.9 issue a bit closer to home, I suggest you review Worley v. Moore, which as decided by our Supreme Court on December 8th, a copy of which I have attached.

Jon, if you wish to fulfill the requirement of the local rules, either Susan or I can be available for a very short "meet and confer" at your convenience.

Dan


[Kilpatrick Townsend & Stockton LLP]

Daniel R. Taylor, Jr.
Kilpatrick Townsend & Stockton LLP
1001 West Fourth Street | Winston-Salem, NC  27101-2400
office 336 607 7330 | cell 336 418 4745 | fax 336 734 2615

dantaylor@kilpatricktownsend.com<mailto:dantaylor@kilpatricktownsend.com> | My Profile<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.kilpatricktownsend.com_en_Who-2520We-2520Are_Professionals_T_TaylorJrDanielR10555.aspx&d=DwIF-g&c=d4QUMdAn6M0Mbv3jzCCgJ4TWUi-bKfYzDU5LNH0X26s&r=5GwrXXJsg-M6FJRWObw5oCPkCtTNK4dOmzkM9rcICcU&m=ZMVSEb33ph7qVXYeG0lAMP6zkZD2zUg85fzJSA7xWy8&s=uFj-O22Gw4bHIP0yeaqRHqvb9e_krQG2ABDZdguyjQQ&e=> | vCard<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.kilpatricktownsend.com_-5Fassets_vcards_professionals_TaylorDanielR.vcf&d=DwIF-g&c=d4QUMdAn6M0Mbv3jzCCgJ4TWUi-bKfYzDU5LNH0X26s&r=5GwrXXJsg-M6FJRWObw5oCPkCtTNK4dOmzkM9rcICcU&m=ZMVSEb33ph7qVXYeG0lAMP6zkZD2zUg85fzJSA7xWy8&s=6Cm-9pjHbxjAVoqNr6O_948XoB4VyCkxo13IADfwlQI&e=>

_____

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

_____

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

<image001.gif>

<310A16-1.pdf>