# EXHIBIT 10

# Letter to Jon Berkelhammer (Filed Under Seal)